AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22−mj−00137 |
| BENJAMIN GABRINSKI | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| also known as " Benjamin Grabinski," | ) Assign. Date: 6/10/2022 |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Description: Complaint with Arrest Warrant |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 9, 2022__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 970(a) | Protection of Property Used by Foreign Governments |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steve Letteney, SA, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __06/10/2022__                                   _____
*Judge's signature*

City and state: __Washington, DC__          Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*