UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 22-cr-221 (RJL) |
| ) | |
| BENJAMIN GRABINSKI, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

**DEFENDANT'S NOTICE OF INTENT TO RELY UPON AN INSANITY DEFENSE PURSUANT TO FRCP 12.2**

The defendant, through undersigned counsel, hereby notifies the government and Court, pursuant to Rule 12.2(a) that he intends to assert a defense of insanity at the time of the alleged offense. He further intends to provide supplemental notice of expert evidence of that mental condition pursuant to Rule 12.2(b) at a later date.

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500